IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| THE PRINCIPAL DEVELOPMENT, LLC, | ) ) ) | |
| Defendant. | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION AND TRADEMARK DILUTION**

Plaintiff PRINCIPAL FINANCIAL SERVICES, INC. (hereinafter "Plaintiff" and/or "Principal"), for its complaint against THE PRINCIPAL DEVELOPMENT, LLC (hereinafter "Defendant"), states as follows:

**NATURE OF THE ACTION**

1. In this action, Plaintiff seeks injunctive and monetary relief for acts of trademark infringement, unfair competition, and trademark dilution. This action arises under the Lanham Act, Title 15, United States Code § 1051, *et seq*. and the statutes and common law of the State of Missouri.

**PARTIES**

2. Plaintiff PRINCIPAL FINANCIAL SERVICES, INC. is a corporation duly organized and existing under the laws of the State of Iowa located at 711 High Street, Des Moines, Iowa 50392, and is a multi-national, multi-disciplined corporation offering a wide

1

variety of products and services in the insurance, financial, investment, retirement, banking, healthcare and real estate related fields.

3. Upon information and belief, Defendant is a limited liability company organized and existing under the laws of the State of Missouri with its principal place of business at 2003 East Franklin, Clinton, Missouri 64735, and is a real estate development company, offering services in interstate commerce under the common law service marks THE PRINCIPAL DEVELOPMENT, LLC and/or THE PRINCIPAL DEVELOPMENT (hereinafter collectively referred to as "Defendant's Mark" and/or "THE PRINCIPAL DEVELOPMENT Mark"). Defendant is doing business within the State of Missouri and within this District.

## JURISDICTION AND VENUE

4. This is a civil action arising under the Lanham Act of the United States, 15 U.S.C. § 1051 *et seq.,* subject matter jurisdiction being conferred on this Court under 15 U.S.C. § 1121, 28 U.S.C. § 1332 and 28 U.S.C. §§ 1338(a) and (b) and 28 U.S.C. § 1367.

5. This is an action in which the Plaintiff and Defendant are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6. This court has personal jurisdiction over Defendant.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### Plaintiff's PRINCIPAL Family of Trademarks

8. Principal and/or its affiliates, licensees or predecessors-in-interest are, and have been for many years, engaged in marketing and providing a wide variety of lending, mutual fund,

insurance, financial, investment, retirement, banking, health care and real estate related services ("Plaintiff's Services").

9. Principal is the owner of its famous family of PRINCIPAL marks, including, but not limited to, the following U.S. registrations, pending applications, common law marks, and trade names (hereinafter referred to as the "Principal Family of Marks"):

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL EDGE | 1,469,375 | 12/15/87 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others and registered investment advisory services |
| THE PRINCIPAL FINANCIAL GROUP | 1,502,424 | 08/30/88 | Consulting and contract management services to health maintenance organizations and preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations and health maintenance organizations |
| thePrincipal (logo) | 1,504,246 | 09/13/88 | Consulting and contract management services to health maintenance organizations and preferred provider organizations; arranging for prepaid medical care for others; Health care services rendered through preferred provider organizations and health maintenance organizations |
| thePrincipal (logo) | 1,508,542 | 10/11/88 | Life, health, accident and casualty insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL FINANCIAL GROUP (Stylized) | 1,508,543 | 10/11/88 | Life, health, accident and casualty insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL (Stylized) | 1,508,544 | 10/11/88 | Life, health, accident and casualty insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others variable life insurance and variable annuities funded through a variety of funding media |
| thePrincipal Financial Group (logo) | 1,530,022 | 03/14/89 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| the Principal (logo) | 1,530,023 | 03/14/89 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
| the Principal Financial Group (logo) | 1,531,199 | 03/21/89 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
| THE PRINCIPAL PLAN | 1,561,335 | 10/17/89 | Arranging for pre-paid medical care for others |
| PRINCIPAL | 1,562,541 | 10/24/89 | Financial analysis and consulting, management of securities and securities brokerage services |
| the Principal Financial Group (logo) | 1,698,013 | 06/30/92 | Real estate leasing and management services |
| THE PRINCIPAL FINANCIAL GROUP | 1,740,172 | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| THE PRINCIPAL | 1,740,181 | 12/12/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| THE PRINCIPAL RETIREMENT SERVICE CENTER | 2,360,553 | 06/20/00 | Financial services, namely, financial planning, financial management and providing financial investment information; and providing financial services, namely, financial planning, financial management and information about financial investments via a global computer network |
| PRINCIPAL PASSAGE INVESTMENT PROGRAM | 2,564,427 | 04/23/02 | Financial services, namely, investment advice, consultation and management services, and investment of funds for others. |
| PRINCIPAL NET LEASE INVESTORS | 2,610,098 | 08/20/02 | Real estate investment and real estate investment consulting services |
| PRINCIPAL BLUEPRINT | 2,628,202 | 10/01/02 | Financial investment and retirement plan services, namely, the formation and administration of employee pension plans and 401K plans and consultation therefor |
| PRINCIPAL SPGIA QUOTE SYSTEM | 2,656,972 | 12/03/02 | Annuity underwriting services |
| PRINCIPAL PROFESSIONAL LINK | 2,677,074 | 01/21/03 | Providing services relating to the administration of annuities and mutual funds offered through qualified retirement plans, namely, investment of funds, investment management, recordkeeping and providing account information to plan participants for others |
| PRINCIPAL BANK | 2,843,297 | 05/18/04 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| PRINCIPAL STRATEGIC ASSET REVIEW | 2,928,193 | 02/22/05 | Financial analysis, investment consultation and advice, investment management and investment of funds for others |
| PRINCIPAL HIRE THROUGH RETIRE | 3,015,302 | 11/15/05 | Financial analysis, consultation and information services |
| PRINCIPAL GLOBAL INVESTORS | 3,053,544 | 01/31/06 | Financial services, namely, portfolio management and sales, financial market analysis, asset management and sales, mortgage services, real estate and securities investment management and investment management advisory services |
| Principal Bank | 3,095,382 | 05/23/06 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL FREEDOM | 3,107,136 | 06/20/06 | Financial services, namely variable annuities. |
| PRINCIPAL ADVANTAGE | 3,174,382 | 11/21/06 | Life, health, accident and casualty insurance underwriting and brokerage services, investment management services, underwriting, administering and managing annuities, mutual funds, pensions and income programs for others, registered investment advisory services and management of securities and securities brokerage services |
| Principal (figure) | 3,297,647 | 09/25/07 | tax consulting services; annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and dealing in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration services for deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development. providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing and retail commercial banking services, namely, checking, savings, money market, credit |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services. |
| PRINCIPAL | 3,324,583 | 10/30/07 | Tax consulting services; annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and dealing in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration services for deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| Principal Funds | 3,368,180 | 01/15/08 | Financial services, namely, mutual fund investment services. |
| PRINCIPAL FUNDS | 3,368,181 | 01/15/08 | Financial services, namely, mutual fund investment services. |
| THE PRINCIPAL CHARITY CLASSIC | 3,369,005 | 1/15/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments. |
| Principal® Global Investors | 3,400,594 | 03/25/08 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services. |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | 3,456,731 | 07/01/08 | Golf balls; Jackets; Hats; T-shirts; Golf shirts; Plastic water bottles sold empty; golf umbrellas; Entertainment in the nature of golf tournaments. |
| | 3,461,024 | 07/08/08 | Financial sponsorship of automobile racing teams; financial sponsorship of sporting and entertainment venues in International Class 36; Entertainment in the nature of family-oriented festivals. |
| | 3,461,025 | 07/08/08 | Shirts; Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans and cafeteria plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing. and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services. |

| *Business Names* |
|---|
| PRINCIPAL AFORE, S.A. DE C.V. |
| PRINCIPAL ASSET MANAGEMENT COMPANY (ASIA) LTD. |
| PRINCIPAL ASSET MANAGEMENT COMPANY (INDIA) LTD. |
| PRINCIPAL ASSET MARKETS, INC. |
| PRINCIPAL AUSTRALIA (HOLDINGS) PTY LIMITED |
| PRINCIPAL BANK |
| PRINCIPAL CAPITAL FUTURES TRADING ADVISOR, LLC |

| Business Names |
|---|
| PRINCIPAL CAPITAL GLOBAL INVESTORS LIMITED |
| PRINCIPAL COMMERCIAL ACCEPTANCE, LLC |
| PRINCIPAL COMMERCIAL FUNDING, LLC |
| PRINCIPAL COMPANIA DE SEGUROS DE VIDA CHILE S.A. |
| PRINCIPAL CONSULTING (INDIA) PRIVATE LIMITED |
| PRINCIPAL CREDITOS HIPOTECARIOS, S.A. |
| PRINCIPAL DEVELOPMENT ASSOCIATES, INC. |
| PRINCIPAL DEVELOPMENT INVESTORS, LLC |
| PRINCIPAL EDGE NETWORK – NASHVILLE, LLC |
| PRINCIPAL ENTERPRISE CAPITAL, LLC |
| PRINCIPAL FINANCIAL ADVISORS, INC. |
| PRINCIPAL FINANCIAL GROUP, INC. |
| PRINCIPAL FINANCIAL GROUP (MAURITIUS) LTD. |
| PRINCIPAL FINANCIAL GROUP AUSTRALIA PTY LIMITED |
| PRINCIPAL FINANCIAL SERVICES |
| PRINCIPAL FINANCIAL SERVICES (AUSTRALIA), INC. |
| PRINCIPAL FUND MANAGEMENT (HONG KONG) LIMITED |
| PRINCIPAL GENERA S.A. DE C.V. OPERADORA DE FONDOS DE INVERSION |
| PRINCIPAL GENERATION PLANT, LLC |
| PRINCIPAL GLOBAL COLUMBUS CIRCLE, LLC |
| PRINCIPAL GLOBAL INVESTORS (ASIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) SERVICE COMPANY PTY LIMITED |
| PRINCIPAL GLOBAL INVESTORS (EUROPE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (IRELAND) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (SINGAPORE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS HOLDING COMPANY, INC. |
| PRINCIPAL GLOBAL INVESTORS TRUST |
| PRINCIPAL GLOBAL INVESTORS, LLC |
| PRINCIPAL GLOBAL SERVICES PRIVATE LIMITED (India) |
| PRINCIPAL HEALTH CARE, INC. |
| PRINCIPAL HEALTH INSURANCE COMPANY |
| PRINCIPAL HOLDING COMPANY |
| PRINCIPAL INSURANCE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL INTERNATIONAL (ASIA) LIMITED |
| PRINCIPAL INTERNATIONAL DE CHILE S.A. |
| PRINCIPAL INTERNATIONAL HOLDING COMPANY, LLC |
| PRINCIPAL INTERNATIONAL, INC. |
| PRINCIPAL INVESTMENTS (AUSTRALIA) LIMITED |
| PRINCIPAL INVESTORS CORPORATION |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL MANAGEMENT CORPORATION |
| PRINCIPAL MEXICO COMPANIA DE SEGUROS S.A. DE C.V. |
| PRINCIPAL MEXICO SERVICIOS, S.A. DE C.V. |
| PRINCIPAL NOMINEE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL PENSIONES, S.A. DE C.V. |
| PRINCIPAL PORTFOLIO SERVICES, INC. |
| PRINCIPAL REAL ESTATE FUND INVESTORS, LLC. |
| PRINCIPAL REAL ESTATE HOLDING COMPANY, LLC |
| PRINCIPAL REAL ESTATE INVESTORS (AUSTRALIA) LIMITED |
| PRINCIPAL REAL ESTATE INVESTORS, LLC |
| PRINCIPAL REAL ESTATE PORTFOLIO, INC. |
| PRINCIPAL SIEFORE, S.A. DE C.V. |
| PRINCIPAL SPECTRUM ASSOCIATES, INC. |
| PRINCIPAL TANNER ADMINISTRADORA GENERAL DE FONDOS MUTUOS S.A. |
| PRINCIPAL TRUST COMPANY (ASIA) LIMITED |
| PRINCIPAL TRUSTEE COMPANY PRIVATE (INDIA) LIMITED |
| PRINCIPAL WELLNESS COMPANY |

| Common Law Names |
|---|
| PRINCIPAL ADVOCATE EDGE |
| PRINCIPAL ADVANTAGE FOR EMERGING BUSINESS |
| PRINCIPAL ADVISORY SELECT PORTFOLIOS |
| PRINCIPAL ANNUITY LEGACY |
| PRINCIPAL ANNUITY NEWSWIRE |
| PRINCIPAL ANNUITY PLUS |
| PRINCIPAL ASSET RETENTION PROGRAM |
| PRINCIPAL ASSET REWARD PROGRAM |
| PRINCIPAL AUTOMATIC STANDARD APPROVAL PROGRAM |
| PRINCIPAL BANK AUTOMATIC LOAN PAYMENT |
| PRINCIPAL BANK CHANGE A RATE CD |
| PRINCIPAL BANK CHOICE CHECKING |
| PRINCIPAL BANK EASY LADDER CD |
| PRINCIPAL BANK $50,000 HOME MAKEOVER SWEEPSTAKES |
| PRINCIPAL BANK HIGH YIELD IRA |
| PRINCIPAL BANK MONEY MOVEMENT |
| PRINCIPAL BANK SAFE HARBOR IRA |
| PRINCIPAL BANK SECURE |
| PRINCIPAL BENCHMARK REPORT: EMPLOYER SPONSORED RETIREMENT SOLUTIONS FOR KEY EMPLOYEES |
| PRINCIPAL BENEFITS EXCHANGE |
| PRINCIPAL CAPITAL INCOME INVESTORS |
| PRINCIPAL CANCER CARE PROGRAM |
| PRINCIPAL CLASSIC COMPREHENSIVE MEDICAL |
| PRINCIPAL CLASSIC PPO |
| PRINCIPAL CLASSIC PPO PLUS |
| PRINCIPAL CLASSIC VALUE PPO |
| PRINCIPAL COLLEGE BOUND FUND |
| PRINCIPAL COLLEGE SAVINGS PROGRAM |
| PRINCIPAL.COM |
| PRINCIPAL COMMERCIAL MORTGAGE EDGE |
| PRINCIPAL COMPREHENSIVE RETIREMENT PROGRAM |
| PRINCIPAL DENTAL HEALTH EDGE |
| PRINCIPAL DENTAL MEMBER ADVANTAGE PROGRAM |
| PRINCIPAL DENTAL SERIES |
| PRINCIPAL DIRECT CONNECT |
| PRINCIPAL DUE DILIGENCE PROGRAM |
| PRINCIPAL EARLY EDGE |
| PRINCIPAL EASE |
| PRINCIPAL EASY ENROLLMENT |
| PRINCIPAL ECONOMIC EDGE |
| PRINCIPAL EDGE NETWORK |
| PRINCIPAL EDGE VARIABLE ANNUITY |
| PRINCIPAL EDUCATION NETWORK |
| PRINCIPAL eDISTRIBUTION SERVICES |
| PRINCIPAL eDIVERSIFICATION SERVICES |
| PRINCIPAL eENROLL |
| PRINCIPAL eFINANCIAL PROFESSIONAL |
| PRINCIPAL ELITE FIXED ANNUITY |
| PRINCIPAL EMPLOYEE FINANCIAL CENTER |
| PRINCIPAL EMPLOYEE TERM LIFE |
| PRINCIPAL ENROLLMENT SUITE |
| PRINCIPAL eRETIREMENT SOLUTIONS |
| PRINCIPAL ESOP EDGE |
| PRINCIPAL EXECUTIVE BONUS PLUS |
| PRINCIPAL EXECUTIVE EXCHANGE |

| Common Law Names |
|---|
| PRINCIPAL EZ DEFINED BENEFIT/ PRINCIPAL EZ DB |
| PRINCIPAL FINANCIAL MILESTONES PROGRAM |
| PRINCIPAL FINANCIAL SECURITY REVIEW |
| PRINCIPAL FINANCIAL SECURITY SERIES |
| PRINCIPAL FINANCIAL SOLUTIONS EXPLORER |
| PRINCIPAL FINANCIAL WELL BEING |
| PRINCIPAL FIXED ANNUITY |
| PRINCIPAL FIXED ANNUITY PLUS |
| PRINCIPAL FIXED ANNUITY SELECT |
| PRINCIPAL FLOATING RATE SEPARATE ACCOUNT |
| PRINCIPAL 403(b) CONSOLIDATOR |
| PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND |
| PRINCIPAL GLOBAL FINANCIAL WELL BEING STUDY |
| PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST |
| PRINCIPAL GLOBAL NET |
| PRINCIPAL GLOBAL PROPERTY SECURITIES FUND |
| PRINCIPAL GREEN FUND I |
| PRINCIPAL GROWTH FIXED ANNUITY |
| PRINCIPAL GUARANTEED FIXED ANNUITY |
| PRINCIPAL HEALTH ASSESSMENT |
| PRINCIPAL HEALTH CARE |
| PRINCIPAL HEALTH INFO LINE |
| PRINCIPAL HEALTH NEWS |
| PRINCIPAL HEALTH SAVINGS ACCOUNT |
| PRINCIPAL HEALTHY CONNECTIONS |
| PRINCIPAL HEALTHY EDGE |
| PRINCIPAL HEALTHY ESSENTIALS |
| PRINCIPAL HEALTHY RESOURCES |
| PRINCIPAL HOME ACCESS LINE |
| PRINCIPAL HOME EQUITY ACCESS LOAN |
| PRINCIPAL IMPACTPLUS |
| PRINCIPAL INCOME IRA |
| PRINCIPAL INCOME MANAGER |
| PRINCIPAL INCOME PROTECTOR |
| PRINCIPAL INCOME PROVIDER |
| PRINCIPAL INDUSTRIAL INVESTORS |
| PRINCIPAL INVESTMENT PLUS VARIABLE ANNUITY |
| PRINCIPAL IRA EXCHANGE |
| PRINCIPAL LIFE CORE NOTES |
| PRINCIPAL LIFE INCOME FUNDING |
| PRINCIPAL LIFERIGHT INSURANCE PROGRAM |
| PRINCIPAL LIFETIME |
| PRINCIPAL LIFETIME HORIZON FUND |
| PRINCIPAL, LLC |
| PRINCIPAL LOAN CONNECTION |
| PRINCIPAL MANAGED ACCOUNT PROGRAM |
| PRINCIPAL MARKETING CENTER |
| PRINCIPAL MAXIMUM FUNDED VARIABLE UNIVERSAL LIFE |
| PRINCIPAL MEDICAL WELLNESS SERIES |
| PRINCIPAL MESSAGE CENTER |
| PRINCIPAL MESSENGER |
| PRINCIPAL MORTGAGE FUNDING |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NONQUALIFIED BENEFIT EXCHANGE |
| PRINCIPAL NONQUALIFIED EDGE PROGRAM |
| PRINCIPAL OPEN DOOR CLOSED END SECONDS |
| PRINCIPAL PARK |
| PRINCIPAL PARTNERS |

| Common Law Names |
|---|
| PRINCIPAL PASSAGE DIRECT INVESTMENT PROGRAM |
| PRINCIPAL PASSAGE FEE BASED BROKERAGE ACCOUNT |
| PRINCIPAL PASSAGE MANAGED PORTFOLIO |
| PRINCIPAL PASSAGE PREMIER ASSET ALLOCATION SERVICE |
| PRINCIPAL PAYROLL PROGRAMS |
| PRINCIPAL PERFORMANCE ANNUITY |
| PRINCIPAL PERFORMANCE ANNUITY 7 |
| PRINCIPAL PLAN MANAGER EXCHANGE |
| PRINCIPAL PREFERRED JUMBO MORTGAGE |
| PRINCIPAL PRIVILEGED PARTNERS PROGRAM |
| PRINCIPAL PRIVILEGES PARTNER PROGRAM |
| PRINCIPAL PRIORITY PASSPORT CLUB |
| PRINCIPAL PRIORITY ROLLOVER |
| PRINCIPAL REAL ESTATE SERVICES |
| PRINCIPAL REIMBURSEMENT ARRANGEMENT |
| PRINCIPAL RESIDENTIAL MORTGAGE DIRECT |
| PRINCIPAL RESIDENTIAL MORTGAGE HOMEGEN JUMBO LINE |
| PRINCIPAL RESOURCE CENTER |
| PRINCIPAL RETIRE SECURE |
| PRINCIPAL RETIREGUIDE |
| PRINCIPAL RETIREMENT ACCOUNT |
| PRINCIPAL RETIREMENT EDGE PROGRAM |
| PRINCIPAL RETIREMENT INCOME EDGE |
| PRINCIPAL RETIREMENT MILESTONES PROGRAM |
| PRINCIPAL RETIREMENT NAVIGATOR |
| PRINCIPAL RETIREMENT NETWORK FOR UNION MEMBERS |
| PRINCIPAL RETIREMENT OUTSOURCING |
| PRINCIPAL RETIREMENT PLANNING CENTER |
| PRINCIPAL RETIREMENT RESOURCE CONSULTANT |
| PRINCIPAL RETURNTOWORK RESOURCES |
| PRINCIPAL RIVERWALK |
| PRINCIPAL ROLLOVER CHOICE |
| PRINCIPAL ROLLOVER OPTIONS |
| PRINCIPAL SAVINGS BUILDER ANNUITY |
| PRINCIPAL SCORPS BONUS PLUS |
| PRINCIPAL S OWNER PLUS |
| PRINCIPAL SECURE DECISIONS |
| PRINCIPAL SECURE FIXED ANNUITY |
| PRINCIPAL SECURE INCOME ANNUITY |
| PRINCIPAL SECUREDLOAN |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM INDIVIDUAL 401(K) |
| PRINCIPAL SELECT DENTIST PROGRAM |
| PRINCIPAL SELECT REWARD PLAN |
| PRINCIPAL SELECT SERIES ANNUITY |
| PRINCIPAL SERVICES TRUST COMPANY |
| PRINCIPAL SINGLE PREMIUM DEFERRED ANNUITY |
| PRINCIPAL SPLIT DOLLAR PLUS |
| PRINCIPAL SPONSOR SERVICE CENTER |
| PRINCIPAL STEP AHEAD RETIREMENT OPTION |
| PRINCIPAL STRATEGIC ASSET MANAGEMENT |
| PRINCIPAL SURVIVOR LIFE INSURANCE WITH THE IBIS OPTION |
| PRINCIPAL SURVIVORSHIP UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL SWITCH KIT |
| PRINCIPAL TOTAL RETIREMENT SUITE |
| PRINCIPAL TPA EDGE |
| PRINCIPAL TRAILBLAZER |
| PRINCIPAL TRUST INCOME FUND |

| Common Law Names |
|---|
| PRINCIPAL TRUST TARGET DATE FUNDS |
| PRINCIPAL UNDERIGHT |
| PRINCIPAL UNIVERSAL LIFE FLEX |
| PRINCIPAL UNIVERSAL LIFE PREFERRED |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR II |
| PRINCIPAL VALUE UNIVERSAL LIFE |
| PRINCIPAL VARIABLE UNIVERSAL LIFE ACCUMULATOR |
| PRINCIPAL VARIABLE UNIVERSAL LIFE INCOME |
| PRINCIPAL VOLUNTARY ROLLOVER INCOME |
| PRINCIPAL WELLNESS CLASSIC HRA |
| PRINCIPAL WELLNESS CLASSIC PPO |
| PRINCIPAL WELLNESS FSA |
| PRINCIPAL WELLNESS COMPANY |
| PRINCIPAL WHOLESALE MORTGAGE |
| PRINCIPAL WORK SECURE – 2004 |

10. Since at least as early as 1985, Principal and/or its affiliates, licensees or predecessors-in-interest have used one or more of the marks making up the Principal Family of Marks in interstate commerce in the United States and throughout the world in connection with Plaintiff's Services. Examples of such use are attached hereto as <u>Exhibit A</u>.

11. Since at least as early as 1960, Principal, via a predecessor-in-interest, has used one or more of the marks making up the Principal Family of Marks in interstate commerce in the United States in connection with financial analysis and consulting, management of securities and securities brokerage services.

12. Plaintiff has made an enormous investment, exceeding hundreds of millions of dollars, in advertising and promoting its products and services in connection with the Principal Family of Marks. As a result, Principal has acquired extremely valuable goodwill in association with the Principal Family of Marks, which have become famous and distinctive in connection with Plaintiff's Services. Principal's customers have come to rely on the Principal Family of Marks as a symbol of quality and reliability.

13. Copies of Principal's U.S. trademark registrations are attached hereto as <u>Exhibit B</u>. Said registrations, currently owned by Principal, are valid and subsisting, and constitute

12

Case 4:10-cv-00090-DGK    Document 1    Filed 02/01/10    Page 12 of 20

*prima facie* and/or conclusive evidence of Principal's exclusive right to use its registered marks in connection with the goods and/or services covered by the registrations, e.g., lending, mutual funds, insurance, investment, retirement, financial, banking, health care and real estate related services, *inter alia*. 15 U.S.C. §§ 1115(a) and (b).

14. Since long prior to the acts of Defendant complained of herein, Principal and/or its affiliates, licensees or predecessors-in-interest have continuously used one or more of the marks which comprise its Principal Family of Marks in the State of Missouri and elsewhere in interstate commerce.

## Defendant's Infringing Acts

15. Upon information and belief, Defendant is providing real estate development services in interstate commerce and in channels of trade similar to those of Principal and/or its affiliates or licensees.

16. Upon information and belief, notwithstanding Principal's well-established rights in and to the Principal Family of Marks, Defendant commenced use, within the State of Missouri and in interstate commerce, of THE PRINCIPAL DEVELOPMENT Mark in connection with real estate development services (hereinafter "Defendant's Services") including, but not limited to, the construction of multi-unit residential developments..

17. Defendant's THE PRINCIPAL DEVELOPMENT Mark is identical or virtually identical to Plaintiff's Family of Marks including, but not limited to, the famous marks PRINCIPAL, U.S. Registration No. 3,324,583, and THE PRINCIPAL, U.S. Registration No. 1,740,181.

18. Upon information and belief, Defendant adopted THE PRINCIPAL DEVELOPMENT Mark with constructive and/or actual knowledge of the Principal Family of Marks, and without the express or implied consent of Plaintiff.

19. Upon information and belief, Defendant adopted THE PRINCIPAL DEVELOPMENT Mark with the intent to trade on and/or capitalize on the goodwill symbolized by the Principal Family of Marks.

20. Upon information and belief, in direct violation of Principal's well-established prior rights in and to the Principal Family of Marks, Defendant has been using THE PRINCIPAL DEVELOPMENT Mark in interstate commerce in connection with Defendant's Services since September 2003, despite Plaintiff's consistent and ongoing objection to same.

## COUNT I

### Violation of Section 32(1) of The Lanham Act – Trademark Infringement

21. Principal repeats and realleges herein the allegations of paragraphs 1-20 as if fully set forth herein.

22. Defendant's use of THE PRINCIPAL DEVELOPMENT Mark is likely to cause public confusion, mistake or deception as to the origin or source of Defendant's Services, in violation of the Lanham Act, Section 32(1), 15 U.S.C. § 1114(1).

23. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

24. Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT II

### Violation of Section 43(a) of The Lanham Act – Unfair Competition

25. Principal repeats and realleges herein the allegations of paragraphs 1-24 as if fully set forth herein.

26. Defendant's use of THE PRINCIPAL DEVELOPMENT Mark constitutes a false designation of origin, a false or misleading description of fact or a false or misleading representation of fact which is likely to cause confusion, mistake or deception in violation of the Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

27. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiff, and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

28. Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT III

### Violation of Section 43(c) of The Lanham Act – Trademark Dilution

29. Principal repeats and realleges the allegations of paragraphs 1-28 as if fully set forth herein.

30. Based on the inherent and/or acquired distinctiveness the Principal Family of Marks, the duration and extent of Principal's use of the Principal Family of Marks; the duration and extent of advertising featuring the Principal Family of Marks; the geographic area in which Principal has sold and advertised goods and services featuring the Principal Family of Marks; the nature of the trade channels Principal uses to market goods and services featuring the Principal

Family of Marks compared to the channels through which Defendant sells and intends to sell its services; the degree of public recognition of the Principal Family of Marks; and the various federal registrations for the Principal Family of Marks, the marks PRINCIPAL and THE PRINCIPAL have become famous as contemplated by Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

31.     The aforesaid willful and deliberate acts of Defendant, all occurring after the marks PRINCIPAL and THE PRINCIPAL became famous, have caused and continue to cause dilution and/or are likely to cause dilution of Principal's famous marks, and thus constitute dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).  Unless Defendant is enjoined from engaging in their wrongful conduct, Plaintiff will suffer further irreparable injury and harm, for which it has no adequate remedy at law.

32.     Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT IV

### Violation of the Missouri Trademark Infringement Statute

33.     Principal repeats and realleges the allegations of paragraphs 1-32 as if fully set forth herein.

34.     Defendant has committed acts of unfair competition, as defined by Missouri Rev. Stat. § 417.056, by advertising, selling, promoting and using THE PRINCIPAL DEVELOPMENT Mark, as referenced herein.

35.     Defendant's acts are likely to mislead the general public, cause confusion, mistake or deception as to the origin, source or sponsorship of Defendant's Services and are

likely to cause the general public to erroneously associate Defendant's Services as emanating from Principal. These acts constitute trademark infringement within the meaning of Missouri Rev. Stat. § 417.056.

36. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal, and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

37. Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT V

### Violation of Missouri Trademark Dilution Statute

38. Principal repeats and realleges the allegations of paragraphs 1-37 as if fully set forth herein.

39. The Principal Family of Marks are valid at common law, and they are particularly strong within the meaning of Missouri Rev. Stat. § 417.061.

40. Defendant's conduct, as referenced herein, creates a likelihood of dilution of the distinctive quality of Principal's rights in and to the Principal Family of Marks and its famous PRINCIPAL and THE PRINCIPAL marks, as defined by Missouri Rev. Stat. § 417.061.

41. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal, and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

## COUNT VI

### Common Law Trademark Infringement

42. Principal repeats and realleges the allegations of paragraphs 1-41 as if fully set forth herein.

43. Principal enjoys well-established common law service mark rights in and to the Principal Family of Marks and its famous PRINCIPAL and THE PRINCIPAL marks, and has built significant goodwill in same.

44. Defendant's use of THE PRINCIPAL DEVELOPMENT Mark violates Principal's common law trademark rights and has caused and is likely to cause damage to Principal by tarnishing the valuable goodwill associated with the Principal Family of Marks and the related services.

45. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal, and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

46. Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

### PRAYER FOR RELIEF

**WHEREFORE**, Principal demands that this Court enter judgment against Defendant as follows:

A. Preliminarily and permanently enjoining Defendant, and its officers, agents, servants, employees, attorneys and those persons, firms or corporations, acting in concert and participation with it who receive actual notice of this order by personal service or otherwise,

from use of THE PRINCIPAL DEVELOPMENT Mark, or any other colorable imitation of any of the Principal Family of Marks in any advertisement, promotion, offer for sale, or sale of any goods or services that are sufficiently similar to those offered by Principal such that confusion is likely;

B. Finding Defendant liable for infringement of the Principal Family of Marks and for acts of unfair competition and trademark dilution;

C. Ordering an award to Principal of all actual damages and an accounting by Defendant to Principal of Defendant's profits resulting from use of THE PRINCIPAL DEVELOPMENT Mark or any other colorable imitation of the Principal Family of Marks;

D. Awarding damages to Principal in an amount yet to be determined, including damages for injury to Plaintiff's business reputation and goodwill and all other damages arising from the acts of Defendant complained of herein;

E. Awarding three times the amount of Principal's damages or Defendant's profits, whichever is greater;

F. Ordering an award to Principal of all prejudgment and post-judgment interest;

G. Awarding Principal all of its costs, disbursements and reasonable attorneys' fees due to the exceptional nature of this case pursuant to 15 U.S.C. § 1117; and

H. Awarding Principal other such relief, in law or in equity, as this Court deems appropriate.


Dated: January 29, 2010                              Respectfully submitted,

                                                     William J. Jacob
                                                     ADORNO & YOSS
                                                     324 East Eleventh Street
                                                     Suite 101

19
Case 4:10-cv-00090-DGK   Document 1   Filed 02/01/10   Page 19 of 20

Kansas City, Missouri 64106
Tele: 816.204.6430
Fax: 816.931.7212

*COUNSEL FOR PLAINTIFF, PRINCIPAL FINANCIAL SERVICES, INC.*

By: _____
/s/William J. Jacob

*OF COUNSEL*

Richard B. Biagi
Kevin J. McDevitt
Jeremy M. Roe
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois 60093
Tele. 847.441.9100
Fax 847.441.0911